■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SIMS, Appellant. [742 NYS2d 74] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered June 21, 1999, convicting him of murder in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's *Batson* challenge (*see Batson v Kentucky,* 476 US 79) was properly denied since he failed to establish a prima facie case of discrimination. To establish a prima facie case, a defendant must demonstrate that members of a cognizable racial group were excluded from the jury venire, and that facts and other relevant circumstances support an inference of impermissible discrimination (*see People v Brown,* 97 NY2d 500; *People v Childress,* 81 NY2d 263, 266). The defendant failed to satisfy the second element. His assertion that the prosecutor struck a disproportionate number of black venirepersons was insufficient to establish a pattern of purposeful exclusion sufficient to raise an inference of discrimination (*see People v Collins,* 290 AD2d 513).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Feuerstein, J.P., Krausman, Goldstein and Adams, JJ., concur.